

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00487-CR

Osmin Agruelles **MERAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 371st Judicial District Court, Tarrant County, Texas
Trial Court No. 1254009D
The Honorable Mollee Westfall, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 9, 2013.

_____
Luz Elena D. Chapa, Justice